■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MILAZZO, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed December 6, 1978, upon a conviction of criminal sale of marihuana in the second degree, on his plea of guilty, the sentence being an indeterminate prison term not to exceed four years. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to a five-year period of probation and case remanded to the County Court to fix the terms and conditions of probation

and for further proceedings pursuant to CPL 460.50 (subd 5). In our opinion the defendant should have been sentenced to a period of probation. Rabin, J. P., Gulotta, Shapiro and Cohalan, JJ., concur.